IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENTIS A. TURNER, | No. C 08-1269 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant.                              / | |

This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 29, 2009

SUSAN ILLSTON
United States District Judge