Lynn Crawford (SBN 136527)
125 West Richmond Ave
Point Richmond, CA 94801
Telephone:  (510) 237-8317
Fax:   (707) 874-9060
Email:  burkecrawford@earthlink.net

Attorney for Plaintiff

FILED
NOV X 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENTIS A. TURNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | Case No.: C08-1269 SI<br><br>**STIPULATION TO AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412(d)** |

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND DOLLARS AND NO CENTS ($5,000.00) and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND NO CENTS ($350.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. Section 1920 and 2412(d).

　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant

C -08-1269 SI
EAJA Stip

1

under the EAJA. Payment of 5,350 dollars ($5,350.00) in EAJA attorney fees and costs, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. Section 406, subject to the provisions of the EAJA.

Respectfully submitted on 10/27/09.

Dated: 10/27/09          /s/  Lynn Crawford

                         Lynn Crawford
                         Attorney for Plaintiff


                         DIANE HUMETEWA
                         United States Attorney

Dated: 10/27/09          /s/ Armand D. Roth
                         Special Assistant U.S. Attorney
                         Attorneys for Defendant

### CERTIFICATE OF SERVICE

I, Lynn Crawford, by signing below, certify pursuant U.S. District Court, Northern District of California, General Order No. 45, Section X, that the content of this Stipulation is acceptable to all registered signatories required to sign it. I hereby certify that on 10/30/09, I electronically transmitted the attached document to the Clerk's Office using the ECF System

C -08-1269 SI                           2
EAJA Stip

for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Armand D. Roth
Special Assistant United States Attorney
333 Market Street, Ste 1500
San Francisco, CA 94105
Telephone: (415) 977-8924
Fax: (415) 744-0134
E-Mail: Armand.Roth@ssa.gov

/s/  Lynn Crawford
     Attorney for Plaintiff

C -08-1269 SI                          3
EAJA Stip



THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENTIS A. TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant | Case No.: C08-1269 SI<br><br>**PROPOSED ORDER** |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees and costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees and costs under the EAJA in the amount of $5,350.00, as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the above-referenced stipulation. Defendant will notify the appropriate component of the Social Security Administration for payment of fees and costs.

11/2/09

SUSAN ILLSTON
United States District Judge