```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX
 3  Social Security Administration

 4  ARMAND D. ROTH
    Special Assistant United States Attorney
 5  California Bar No. 214624

 6       333 Market Street, Suite 1500
         San Francisco, CA 94105
 7       Telephone: (415) 977-8924
         Fax: (415) 744-0134
 8       E-Mail: Armand.Roth@ssa.gov

 9  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENTIS TURNER, ) | CIVIL NO. 08-cv-01269-SI |
| Plaintiff, ) | ERRATA; |
| v. ) | AMENDED STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER |
| Defendant. ) | 28 U.S.C. § 1920 |

The previously filed Stipulation and Proposed Order were filed in error. This latest version corrects a clerical error, adding "in the amount of" for clarification purposes. Accordingly, the parties submit this corrected version.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS AND NO CENTS ($5,000.00) and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND NO CENTS ($350.00). This amount represents compensation for

all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND DOLLARS AND NO CENTS ($5,000.00) and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND NO CENTS ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated:   November 13, 2009          /s/ Lynn Crawford
                                    (As authorized via email)
                                    LYNN CRAWFORD
                                    Attorney for Plaintiff

Dated:   November 13, 2009          JOSEPH P. RUSSONIELLO
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Armand D. Roth
                                    ARMAND D. ROTH

                                    Attorneys for Defendant

IT IS SO ORDERED:

Dated: _____       _____
                                    THE HONORABLE SUSAN ILLSTON
                                    United States District Judge